UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANGHAI NDHD INFORM TECHNOLOGY CENTER,<br><br>        Plaintiff,<br><br>   v.<br><br>CHANNELLOCK INC.,<br><br>        Defendant. | NO. 2:25-cv-02033-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT CHANNELLOCK INC.'S ANSWER |

This Court, having reviewed the parties stipulated Motion for Extension of Time to File Defendant Channellock Inc.'s Answer, states as follows:

IT IS SO ORDERED that the deadline for Defendant Channellock Inc. to file its Answer, as well as any related deadlines to file motions or other pleadings related to any defenses under Federal Rule of Civil Procedure 12(b) is extended to December 3, 2025.

Dated this 13th day of November, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIP. MOT. TO EXTEND TIME TO FILE DEF. CHANNELLOCK INC.'S ANSWER - 1